IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ANDREA STROTHERS | : | No. 19-13543-ELF |
| Debtor | | |

## ANSWER TO MOTION FOR RELIEF OF U.S. BANK NATIONAL ASSOCIATION AND CERTIFICATE OF SERVICE

The Debtor requests a loan modification packet be sent to her. The debtor mailed $700 in December pon December 12th and can pay $700.00 in January has missed payments due to paying a lot of bills. The debtor will also attempt to get funds from her retirement fund.

WHEREFORE Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief to allow her attempt to make an arrangement to cure the arrears.

/s/ David M. Offen
David M. Offen
Attorney for Debtor

Dated: 12/31/2020

A copy of this response is being served on Rebecca Solarz, Esq. by Electronic Mail.

/s/ David M. Offen
David M. Offen
Attorney for Debtor