# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Andrea Strothers<br>　　　　　　Debtor(s)<br><br>PENNSYLVANIA HOUSING FINANCE AGENCY<br>　　　　　　Movant<br>　　vs.<br><br>Andrea Strothers<br>　　　　　　Debtor(s)<br><br>and William C. Miller Esq.<br>　　　　　　Trustee | Chapter 13<br><br>NO. 19-13543 ELF |

## ORDER

AND NOW, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on March 17, 2021 it is ORDERED that the automatic stay 11 U.S.C. Sections 362 and 1301 is modified to allow PENNSYLVANIA HOUSING FINANCE AGENCY and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 7504 Beverly Road Philadelphia, PA 19138.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Date: 7/22/21

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**